People v Merritt

2026 NY Slip Op 02162

April 9, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Michelle Merritt, Defendant-Appellant.

Decided and Entered: April 09, 2026

Ind No. 71987/22|Appeal No. 6322|Case No. 2024-00683|

Before: Kennedy, J.P., Kapnick, Higgitt, Michael, Chan, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Alexandra Mitter of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Caroline S. Williamson of counsel), for respondent.

[*1]

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ann Scherzer, J.), rendered December 19, 2023,

Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.

THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 9, 2026

Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.